IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOELENE RYAN,<br><br>               Plaintiff,<br><br>   v.<br><br>NEW JERSEY STATE BOARD OF NURSING, GEORGE HEBERT, AND DR. LEO SELM<br><br>               Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-1250 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court on Defendant Selm's motion to dismiss [Docket Item 13], Plaintiff's motion for Default Judgment against the New Jersey State Board of Nursing [Docket Item 16], and the Board's motion to vacate default [Docket Item 20]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **28th** day of **June**, **2016,** hereby

ORDERED that Defendant Selm's motion to dismiss [Docket Item 13] is GRANTED; and it is further

ORDERED that Defendant New Jersey State Board of Nursing's motion to vacate the Clerk's entry of default [Docket Item 20] is GRANTED; and it is further

ORDERED that Plaintiff's motion for default judgment is DISMISSED as moot; and it is further

ORDERED that Defendant New Jersey State Board of Nursing shall answer, move, or otherwise respond to the Amended Complaint within twenty (20) days of the entry of this Order, or no later than July 18, 2016.

                                             **/s Jerome B. Simandle**
                                             JEROME B. SIMANDLE
                                             Chief U.S. District Judge